IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMIN USA, INC and<br>WARBURTON TECHNOLOGY LTD,<br><br>        Plaintiffs,<br>    v.<br><br>WALCO INTERNATION, INC.,<br>SPARHAWK LABORATORIES, INC.,<br>VETERINARY LABORATORIES, INC.,<br>SPARHAWK LABORATORIES, INC.<br>and VETERINARY LABORATORIES,<br>INC., as a Joint Venture, aka<br>SPARHAWK VET LABS,<br><br>        Defendants. | CV F 06-0226 AWI SMS<br><br><br><br>ORDER VACATING APRIL 3, 2006<br>HEARING DATE |

Defendants' motion to dismiss for improper venue or transfer and Defendants' motion to dismiss all Defendants other than Walco for lack of personal jurisdiction is currently set for hearing to be held on April 3, 2006.  The court has reviewed the parties' briefs and finds that this motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 3, 2006, is VACATED, and the parties shall not appear at that time.  As of April 3, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 28, 2006              /s/ Anthony W. Ishii
0m8i78                         UNITED STATES DISTRICT JUDGE